IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mark Serrano, | NO. C 06-04433 JW |
|       Petitioner, | **JUDGMENT** |
|   v. | |
| Mary Butler, Chief Prob. Officer for Napa Cnty., California, | |
|       Respondent. | |

Pursuant to the Court's December 20, 2010 Order Denying Petition for Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of Respondent Mary Butler, Chief Probation Officer for Napa County, California, against Petitioner Mark Serrano.

The Clerk shall close this file.

Dated: December 20, 2010

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dennis Patrick Riordan dennis@Riordan-Horgan.com
Donald Meredith Horgan don@riordan-horgan.com
Stan Michael Helfman stan.helfman@doj.ca.gov

**Dated: December 20, 2010**            **Richard W. Wieking, Clerk**

                                        **By:    /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**